**No. 39739.**—Protest 894262–G of Ellis Klatscher & Co. (Los Angeles).

Opinion by TILSON, J. An examination of the samples disclosed that the baby shoes in question are the same as those items in *United States* v. *Feltman* (22 C. C. P. A. 637, T. D. 47616) held not to have a line of demarcation between the sole and upper. They were therefore held properly classified at 90 percent under paragraph 1529.

**No. 39740.**—Protest 951064–G of Jordan Marsh Co. (Boston).

Opinion by KINCHELOE, J. It was stipulated that certain items consist of hand knit gloves in chief value of cotton and that the same are articles of wearing apparel. The claim at 45 percent under paragraph 917 was therefore sustained.

**No. 39741.**—Protests 956676–G, etc., of Keuffel & Esser Co. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Co.* v. *United States* (T. D. 49290) it was held that the sizing or other non-cotton content should not have been included in the dutiable weight of the cloth in question.

**No. 39742.**—Protests 931798–G, etc., of E. C. Carter & Son (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Co.* v. *United States* (T. D. 49290) it was held that the sizing or other non-cotton content should not have been included in the dutiable weight of the articles in question.